**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Scott Morgan v. Amegy Bank National Association

Appellate case number:   01-13-00322-CV

Trial court case number: 2010-51109

Trial court:             189th District Court of Harris County

On October 23, 2013, the parties filed a Joint Motion to Suspend Deadlines Pending Settlement. The motion is **GRANTED**, and filing deadlines are suspended. Appellant is **ORDERED** to file a status report with this Court by December 31, 2013 regarding the pending settlement and motions to vacate and dismiss in the trial court.

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
                   X  Acting individually    ☐ Acting for the Court

Date: October 31, 2013